IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL PEASE,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:24CV212<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the joint motion to amend (Filing No. 18) is granted. The unexpired deadlines in the final progression order are amended as follows:

1)   The trial and pretrial conference will not be set at this time. A status conference to discuss case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **June 3, 2025** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 17). The status conference set for **July 15, 2025** at **10:00 a.m.** is **canceled**.

2)   The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

      For the plaintiff(s):         July 16, 2025.

      Rebuttal:                        August 18, 2025.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is January 28, 2026.

4) The deadline for filing motions to dismiss and motions for summary judgment is February 27, 2026.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is November 28, 2025.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) Deadlines not specifically amended by this order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 24th day of March, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge