IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDALL PEASE,<br><br>      Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>      Defendant. | **8:24CV212**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1.  On or before March 12, 2026, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 10th day of February, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge