IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RANDALL PEASE,

                    Plaintiff,

        vs.

UNION PACIFIC RAILROAD COMPANY,

                    Defendant.

**8:24CV212**


**ORDER ON PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

This case is before the Court on Plaintiff's Motion to Dismiss with Prejudice. Filing 34. Plaintiff seeks dismissal of all claims, demands, actions, and causes of action asserted or assertable against Defendant Union Pacific Railroad Company in this action with prejudice and with each party to bear its own costs. Filing 34 at 1. Federal Rule of Civil Procedure 41 provides in pertinent part, "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The Court concludes that Plaintiff seeks dismissal on terms that are proper. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Dismiss with Prejudice, Filing 34, is granted, and all claims, demands, actions, and causes of action asserted or assertable against Defendant Union Pacific Railroad Company in this action are dismissed in their entirety with prejudice and with each party to bear its own costs.

Dated this 20th Day of March, 2026.

                    BY THE COURT:

                    _____
                    Brian C. Buescher
                    United States District Judge

1